UNITED STATES DISTRICT COURT FILED
SOUTHERN DISTRICT OF CALIFORNIA
2008 JUL 30 AM 10:03    08 MJ 2327

CLERK US...
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Case No. |
| | ) |
| Plaintiff, | ) |
| | ) COMPLAINT FOR VIOLATION OF: |
| v. | ) |
| | ) Title 8, U.S.C., Section 1326; |
| **Salvador CRUZ-Moreno** | ) |
| **(AKA): Salvador Cruz MORENO** | ) |
| | ) |
| | ) Deported Alien Found in the |
| | ) United States |
| | ) |
| Defendant. | ) |
| | ) |

The undersigned complainant, being duly sworn, states:

On or about, **September 16, 2007**, within the Southern District of California, defendant, **Salvador CRUZ-Moreno, (AKA): Salvador Cruz MORENO,** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Deportation Officer
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **30th** DAY OF **July 2008.**

_____
UNITED STATES MAGISTRATE JUDGE



## PROBABLE CAUSE STATEMENT

On September 16, 2007, the defendant identified as **Salvador CRUZ-Moreno, (AKA): Salvador Cruz MORENO,** was arrested in San Diego, California by the San Diego Police Department in violation of 23152(A)VC "DUI ALCOHOL/DRUGS" and booked into San Diego County Jail. On September 16, 2007, an Immigration Enforcement Agent with Immigration and Customs Enforcement determined the defendant to be a citizen of Mexico and placed a Form I-247 "Immigration Detainer" pending his release from local custody. On July 29, 2008, the defendant was referred to the custody of the United States Immigration and Customs Enforcement (ICE). A Deportation Officer reviewed various sources of information and conducted official record checks in regards to the defendant confirming him to be a citizen of Mexico having been previously removed from the United States.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant was most recently ordered removed from the United States by an Immigration Judge on or about August 26, 2003 and physically removed to Mexico on or about August 26, 2003 via the Nogales Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Salvador CRUZ-Moreno, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.