

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>SALVADOR CRUZ-MORENO<br>AKA: Salvador Cruz Moreno,<br><br>          Defendant. | Criminal Case No. 08cr2858-JM<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony) |

The United States Attorney charges:

On or about September 16, 2007, within the Southern District of California, defendant SALVADOR CRUZ-MORENO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

DATED: 8/28/08

KAREN P. HEWITT
United States Attorney

_Jam Parks for_

FRED SHEPPARD
Assistant U.S. Attorney

FAS:mg:San Diego
8/15/08