AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| SALVADOR CRUZ-MORENO<br>AKA: Salvador Cruz Moreno | CASE NUMBER: 08cr2858-JM |

I, <u>SALVADOR CRUZ-MORENO</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8/28/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Salvador Cruz Moreno_
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer



FILED

AUG 28 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY